# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ASSURANCE COMPANY OF AMERICA; *et al.*,

        Plaintiffs,

vs.

IRONSHORE SPECIALTY INSURANCE COMPANY,

        Defendant.

Case No.: 2:13-cv-2191-GMN-CWH

**ORDER**

Pending before the Court are Plaintiff Assurance Company of America's ("Assurance Company") fifteen Motions for Partial Summary Judgment. (ECF Nos. 39-53). Assurance Company has filed fifteen separate Motions, when it should have filed a single motion setting forth all of its arguments regarding summary judgment. *See Sherwin v. Infinity Auto Ins. Co.*, No. 2:11-CV-00043-MMD, 2012 WL 5378150, at *1 (D. Nev. Oct. 30, 2012).

Local Rule 7-4 provides, "[P]oints and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits." D. Nev. R. 7-4. In apparent intentional defiance of Local Rule 7-4, Assurance Company's instant Motions total 275 pages, excluding attached exhibits and supporting affidavits. Therefore, the Court will deny the instant Motions without prejudice. *See Sherwin*, 2012 WL 5378150, at *1. The Court admonishes Assurance Company that it will not consider motions that fail to adhere to the requirements of Local Rule 7-4. Accordingly,

**IT IS HEREBY ORDERED** that Assurance Company's Motions for Partial Summary Judgment, (ECF Nos. 39-53), are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Strike Assurance

1 | Company's Motions, (ECF No. 54), is **DENIED as moot**.

2 |     **DATED** this 27th day of February, 2015.

_____

Gloria M. Navarro, Chief Judge
United States District Court