William C. Reeves – 183878
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE CO. OF AMERICA, et al. | Case No.: 2:13-CV-02191-GMN-CWH |
| Plaintiffs, | EMERGENCY MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER AS ORDERED BY THE COURT [Dkt. No. 72]; SUPPORTING DECLARATION THERETO AND ORDER |
| vs. | |
| IRONSHORE SPECIALTY INS. CO., | |
| Defendant. | <u>Expedited Review Requested</u> |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

BE ADVISED THAT Plaintiffs hereby move for an order extending the last day to file the Joint Pretrial Order by 45 days to October 12, 2015. The motion is made based on the fact that counsel for the plaintiffs has trials in other matters scheduled for August 21, 2015 and September 14, 2015 that impact plaintiffs' ability to prepare the Pretrial Order. Meanwhile, the paralegal assisting counsel for the plaintiffs in preparing the exhibits for trial is out of the office until September 7, 2015 assisting her daughter and her family in connection with the birth of the daughter's second child.

This motion is brought on an emergency basis given that inadequate time exists to proceed on a regular basis given that the current deadline to file the Joint Pretrial Statement is August 28, 2015 coupled with the fact that this deadline was only recently set by this Court on July 29, 2015. See Dkt. No. 72. Expedited consideration, therefore, is needed for a ruling to issue in advance of the deadline.

1

MOTION  Case No.: 2:13-CV-02191-GMN-CWH

Plaintiffs have met and conferred with counsel for defendant Ironshore Specialty Ins. Co. ("Ironshore") regarding the requested 45 day extension. Ironshore's counsel indicated that it will not oppose the relief requested herein. See Exhibit A.

Accordingly, for the reasons discussed herein, it is respectfully requested that this motion be granted and that the deadline to file the Joint Pretrial Order by 45 days to October 12, 2015.

<u>Discussion</u>

A Court has the discretion under Rule 16 to modify a discovery plan and scheduling order for "good cause" prior to the expiration of the deadlines if the pretrial scheduled "cannot reasonably be met despite the diligence of the parties seeking the extension." <u>McPeek v. Harrah's Imperial Palace Corp.</u>, 2015 WL 2448748 (D. Nev. 2015). Good cause means the scheduling deadlines cannot be met despite the parties' diligence. <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th. Cir.1992).

Respectfully, good cause exists in this case to extend the deadline to file the Pretrial Order. Counsel for the plaintiffs has trials in other matters scheduled for August 21, 2015 and September 14, 2015 that impact plaintiffs' ability to prepare the Pretrial Order. 15-20 depositions have yet to be taken in connection with these matters, both set as jury trials.

Meanwhile, the paralegal assisting counsel in preparing the exhibits for trial is out of the office until September 7, 2015 assisting her daughter and her family in connection with the birth of the daughter's second child. The paralegal's absence presents a significant hardship as she is familiar with the file and needed to compile trial exhibits.

By virtue of these scheduling issues, additional time is needed to complete the Joint Pretrial Order.

Plaintiffs have proceeded diligently as the deadline to file the Joint Pretrial Order was set by this Court on July 29, 2015. See Dkt. No. 72. Given the proximity of this deadline, however, substantial hardship exists given the scheduling issues noted above.

Plaintiffs have met and conferred with counsel for defendant Ironshore regarding the requested 45 day extension and confirmed that Ironshore does not oppose the relief requested herein. See Exhibit A.

1    Accordingly, it is respectfully requested that this motion be granted and that the deadline to
2  file the Joint Pretrial Order by 45 days to October 12, 2015.
3  Dated: August 10, 2015

4                                                          MORALES FIERRO & REEVES

5

6
7          By:    /s/ William C. Reeves
                  William C. Reeves
                  MORALES FIERRO & REEVES
8                 600 S. Tonopah Drive, Suite 300
                  Las Vegas, NV 89106
9                 Attorneys for Plaintiffs

10

11                                    Supporting Declaration

12    I, William Reeves, declare under penalty of perjury as follows:

13    1.    I am an attorney with Morales Fierro & Reeves ("MFR"), counsel for Plaintiffs in
14  this matter.

15    2.    I learned of the deadline to file the Joint Pretrial Order on July 29, 2015.

16    3.    I am currently preparing for trials in the following two (2) separate matters:

17          a.    <u>Bates v. EBMUD</u>, Contra Costa County (Cal.) Case No.: C13-02540
18  ("<u>Bates</u>"); and

19          b.    <u>C. Overaa & Co. v. US Glass & Aluminum. Inc.</u>, San Francisco County
20  (Cal.) Case No.: CGC10505585 ("<u>Overaa</u>").

21    4.    I represent the plaintiff in each case.  Trial in Bates is scheduled to commence on
22  August 21, 2015 while trial in Overaa is scheduled to commence on September 14, 2015.  These
23  trial dates significantly impact my ability to prepare the Joint Pretrial Order in this case as 15-20
24  depositions need to be taken and completed in both matters.  This fact, coupled with the necessary
25  pre-trial work and trial attendance, impact my ability to prepare the Pretrial Order in this case.

26    5.    Meanwhile, the paralegal I have been working with in this matter, Deanne Morales,
27  is out of the office until September 7, 2015 assisting her daughter and her family in connection with
28  the birth of the daughter's second child.  As Ms. Morales plays a central role in organizing all

1 exhibits, her absence significantly impacts my ability to prepare the Joint Pretrial Order in this case.

2      6.    I have met and conferred with counsel for defendant Ironshore regarding the

3 requested 45 day extension and confirmed that Ironshore does not oppose the relief requested

4 herein.  True and correct correspondence which memorializes this fact is attached hereto as Exhibit

5 A.

6     I declare that the foregoing is true and correct based on my own personal knowledge.

7 Executed in Pleasant Hill, California on the date specified below.

8 Dated: August 10, 2015

          /s/ William C. Reeves
          William C. Reeves

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/11/2015.

# Exhibit A

# Exhibit A

# William Reeves

| | |
|---|---|
| **From:** | Witte, Philip <PDW@morisonprough.com> |
| **Sent:** | Thursday, August 06, 2015 12:35 PM |
| **To:** | William Reeves |
| **Cc:** | Morison, William |
| **Subject:** | RE: Zurich v. Ironshore - NV1 |

Bill:

While Ironshore will not oppose your request for an extension of the Pretrial Order deadline, it will not stipulate to an extension.

Phil

**From:** William Reeves [mailto:wreeves@mfrlegal.com]
**Sent:** Thursday, August 06, 2015 11:36 AM
**To:** Witte, Philip <PDW@morisonprough.com>
**Subject:** Zurich v. Ironshore - NV1

Good speaking with you.

Per the attached Order, the current deadline to file the Pretrial Order is August 28, 2015.

Extreme difficulty exists on this end to meet this deadline as I have a complicated jury trial scheduled to commence on August 21, 2015 with 10-15 depositions that we still need to take while my paralegal is gone the entire month of August to assist her daughter's family with a baby expected any day.

While I raised a 30 day extension, I note that I also have a jury trial on September 14 that is scheduled to go.  Please let me know if Ironshore will stipulate to a 45 (or 30) day extension.

Thanks.

William C. Reeves
*Law Offices of*
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
(925) 288-1776 / (925) 288-1856 facsimile

*****************PLEASE NOTE ***************

This email message and any documents accompanying this transmittal may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution or reliance on the contents of this email information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.