◆AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                Nevada

Assurance Company of America, American
Guarantee and Liability Insurance Company and
Northern Insurance Company of New York

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Ironshore Specialty Insurance Company

Case Number: 2:13-cv-02191-GMN-CWH

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that plaintiff American Guarantee and Liability Insurance Company ("American Guarantee") shall recover from defendant Ironshore Specialty Insurance Company judgment in the amount of $5,000, inclusive of all costs, applicable interest, and attorneys' fees, in full satisfaction and in complete resolution of each and every claim asserted by American Guarantee against Ironshore in this action.

September 3, 2015                                   /s/ Lance S. Wilson

Date                                                        Clerk

                                                            /s/ Molly Morrison

                                                            (By) Deputy Clerk