WILLIAM C. MORISON (No. 9872)
wcm@morisonprough.com
BRIAN E. SIMS (pro hac vice)
bes@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA  94597-3973
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiffs,<br><br>    vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY and DOES   1-20 inclusive,<br><br>    Defendants. | Case No. 2:13-CV-02191-GMN-CWH<br><br>STIPULATED ERRATA TO AMENDED ORDER RE TRIAL AND ORDER |

Pursuant to Local Rule 16-3, Plaintiffs Assurance Company of America and Northern Insurance Company of New York (collectively "Plaintiffs") and Defendant Ironshore Specialty Insurance Company ("Ironshore") submit the following stipulated Errata to the Amended Pre-Trial Order {Dkt. No. 110].

WHEREAS, Ironshore previously designated proposed trial exhibits sequentially stamped beginning with the number 500.

WHEREAS, these exhibits were re-numbered sequentially beginning with the nmber 5000.

WHEREAS, Dkt. No. 110, 36:5-8 mistakenly refers to exhibits originally stamped beginning with the number 500 as it provides as follows:

16. Ironshore received the following exhibits from the sender, as indicated on the face of the exhibit, in connection with the submission of the claim(s) indicated on the face of the exhibit:

535, 553, 566, 580, 582, 591, 592, 593, 594, 609, 614, 646, 651, 656, 662, 666, 667, 672, 676, 680, 681, 682, 697, 699, 700, 712, 736, 737, 738, 739, 750, 757

WHEREFORE, the parties agree that Dkt. No. 110, 36:5-8 shall now provide as follows:

16. Ironshore received the following exhibits from the sender, as indicated on the face of the exhibit, in connection with the submission of the claim(s) indicated on the face of the exhibit:

5035, 5053, 5066, 5080, 5082, 5091-5094, 5109, 5114, 5146, 5151, 5156, 5162, 5166, 5167, 5172, 5176, 5180, 5181, 5182, 5197, 5199, 5200, 5212, 5236, 5237, 5238, 5239, 5250, 5257.

IT IS SO AGREED.

| MORALES FIERRO & REEVES | MORISON & PROUGH, LLP |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Plaintiffs | By: /s/ William C. Morison<br>William C. Morison<br>Attorneys for Defendant<br>IRONSHORE SPECIALTY<br>INSURANCE COMPANY |

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

The provisions of Dkt. No. 110, 36:5-8 shall be stricken and replaced as follows:

> 16. Ironshore received the followi    exhibits from the sender, as indicated on the face of the exhibit, in connection with the submission of the claim(s) indicated on the face of the exhibit: 5035, 5053, 5066, 5080, 5082, 5091-5094, 5109, 5114, 5146, 5151, 5156, 5162, 5166, 5167, 5172, 5176, 5180, 5181, 5182, 5197, 5199, 5200, 5212, 5236, 5237, 5238, 5239, 5250, 5257.

IT S SO ORDERED.

Dated: February 1, 2017.

_____
DISTRICT COURT JUDGE