WILLIAM C. MORISON (No. 9872)
wcm@morison.law
MORISON LAW, LLP
3478 Buskirk Avenue, Suite 342
Pleasant Hill, CA  94523
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY and DOES 1-20 inclusive,<br><br>Defendants. | 2:13-cv-02191-GMN-CWH<br><br>ORDER TO EXONERATE AND RELEASE SUPERSEDEAS BOND NO. 354-222-839 |

Pursuant to FRCP 60(b)(5) and the Judgment entered in favor of defendant on March 10, 2022, (ECF No. 169), **IT IS HEREBY ORDERED** that the sureties are hereby exonerated and released from any further liability for supersedeas bond no. 354-222-839.

Dated this __7__ day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

ID 7421